FIRST DEPARTMENT, SEPTEMBER, 1988

(September 20, 1988)*

■ In the Matter of MEDICAL MALPRACTICE INSURANCE ASSO-CIATION v SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK.—Motion (1) granted only insofar as to permit renewal and, upon renewal, this court adheres to the determination in its order [141 AD2d 475], and (2) denied wherein it seeks reargument. Kupferman, J. P., Sullivan and Kassal, JJ., concur; Asch and Rosenberger, JJ., dissent.